IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS, NEVADA

RECEIVED AND FILED

FEB 26  10 50 AM '02



| | |
|---|---|
| Jared Jibben, | |
| Plaintiff, | CV-S-02-0039-RLH(RJJ) |
| V. | **NOTICE** |
| United Parcel Service, | Date: February 26, 2002 |
| Defendants. | |

## Notice of referral to the ENE Program

To:  All Appearing Parties

This case has been assigned to the Early Neutral Evaluation Program.  **Magistrate Judge PEGGY A. LEEN will be the evaluating judge in this case.**  You will be notified of the date for the ENE hearing at such time as it is scheduled.

LANCE S. WILSON, CLERK

By: _____
Deputy Clerk