# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JARED JIBBEN, ) | CV-S-02-0039-DAE(RJJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED PARCEL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER SETTING HEARING DATE

The court hereby schedules a hearing on Wednesday, March 24,

2004, at 9:00 a.m., at the United States District Court for the District of Nevada,

333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be

assigned, on the following motions:

1. Defendant's Motion for Summary Judgment
2. UPS's Motion to Strike Affidavit of Brian Litt, M.D.
3. UPS's Motion to Strike Inadmissible Evidence Presented by Plaintiff in Opposition to Motion for Summary Judgment

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 9, 2004.

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE