# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| JARED JIBBEN, | ) | CV-S-02-0039-DAE(RJJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER SETTING STATUS CONFERENCE

The court hereby schedules a status conference on Thursday, July 7, 2005, at 9:45 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 15, 2005.

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE