Quarles & Brady Streich Lang LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix Arizona 85004-2391
TELEPHONE 602 229-5200

Counsel for United Parcel Service
Robert K. Jones (AZ #016228) (admitted *pro hac vice*)
Catherine L. Dehlin (AZ #020265) (admitted *pro hac vice*)
Sandra J. Creta (AZ #018434) (admitted *pro hac vice*)

Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
LEVINE, GARFINKEL, & KATZ
3441 S. Eastern Avenue, Suite 600
Las Vegas, Nevada 89109
Phone: (702) 735-0451
Facsimile: (702) 735-2198

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED JIBBEN, | NO. CV-S-02-0039-DAE (RJJ) |
| Plaintiff, | Trial Date: September 6, 2005 |
| vs. | Trial Time: 9:00 a.m. |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

**DEFENDANT UNITED PARCEL SERVICE'S WITNESS LIST**

Defendant United Parcel Service ("UPS") intends to call the following witnesses at the upcoming jury trial scheduled to start September 6, 2005.

1. James Bamberg, former HR Manager
   (retired) (resides in Scottsdale, AZ)
   c/o Quarles & Brady Streich Lang LLP
   Two North Central Avenue
   Phoenix, AZ 85004
   602-229-5200

QBPHX 920018.60431 1943452.1

2. Russell Roberts, UPS Supervisor (Las Vegas)
   c/o Quarles & Brady Streich Lang LLP
   Two North Central Avenue
   Phoenix, AZ 85004
   602-229-5200

3. Eric Hale, UPS Supervisor (Las Vegas)
   c/o Quarles & Brady Streich Lang LLP
   Two North Central Avenue
   Phoenix, AZ 85004
   602-229-5200

4. Mark Kelman, Vocational Expert
   (based in Phoenix, AZ)
   c/o Quarles & Brady Streich Lang LLP
   Two North Central Avenue
   Phoenix, AZ 85004
   602-229-5200

5. Denise Ecker, HR Manager (based in Phoenix, AZ)
   c/o Quarles & Brady Streich Lang LLP
   Two North Central Avenue
   Phoenix, AZ 85004
   602-229-5200

6. Ha Anh Jibben, Wife of Plaintiff
   c/o Victor Perri, Esq., 633 South Fourth Street, Suite #4
   Las Vegas, NV 89101
   (May testify via deposition).

UPS reserves the right to use portions of any deposition transcript of any party or witness deposed for rebuttal, impeachment, or refreshment purposes. UPS also reserves the right to call any other witness listed by Plaintiff unless the right to testify is objected to by UPS.

-2-

1 | RESPECTFULLY SUBMITTED this \_\_\_20\_\_\_ day of July, 2005.

LEVINE, GARFINKEL & KATZ
Louis E. Garfinkel
Nevada Bar No. 3496
3441 S. Eastern Avenue, Suite 600
Las Vegas, Nevada 89109

QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391

By _____
Robert K. Jones
Admitted Pro Hac Vice

Counsel for United Parcel Service

-3-

QBPHX\920018.60431\1943452.1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of **DEFENDANT UNITED PARCEL SERVICE'S WITNESS LIST** was served by facsimile and mail in a first-class, postage-paid envelope on this 20th day of July, 2005 to the following:

Victor M. Perri, Esq.
633 South Fourth Street
Suite #4
Las Vegas, Nevada 89101
Attorney for Plaintiff

*Lisa Young*
An Employee of Quarles & Brady Streich Lang LLP

-4-

QBPHX\920018.60431\1943452.1